UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AMY WEISENAUER,

       Plaintiff,

                                    Case Number 07-10397-BC
v.                                              Honorable Thomas L. Ludington

VISITING NURSE SERVICES OF MICHIGAN,

       Defendant.
_____ /

## JUDGMENT

In accordance with the jury's verdict of June 26, 2008 and the Court's order, entered on this date, granting Defendant judgment as a matter of law as to Plaintiff's claims under the Persons with Disabilities Civil Rights Act (PWDCRA), Mich. Comp. Laws § 37.1101 *et seq*.,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the complaint is **DISMISSED WITH PREJUDICE**.

                                                            s/Thomas L. Ludington
                                                            THOMAS L. LUDINGTON
                                                            United States District Judge

Dated: July 23, 2008

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 23, 2008.

          s/Tracy A. Jacobs
          TRACY A. JACOBS